

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00367-CV

IN THE MATTER OF THE MARRIAGE OF D.S.R. AND J.A.R.,
AND IN THE INTEREST OF J.M.R., A CHILD

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2014-511,260; Honorable Bradley S. Underwood, Presiding

March 27, 2015

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, D.S.R., and appellee, J.A.R., have filed with this Court a joint motion to vacate and remand, informing the Court that the parties have agreed that the trial court's default judgment should be vacated and that this case should be remanded to the trial court for further proceedings. Accordingly, we grant the joint motion, set aside the trial court's default judgment without regard to the merits, and remand the case to the trial court. *See* TEX. R. APP. P. 42.1(a)(2)(B); *DBC Pipeline Constr., Inc. v. Highland Res., Inc.*, No. 03-03-00760-CV, 2004 Tex. App. LEXIS 2424, at *1 (Tex. App.—Austin Mar. 18, 2004, no pet.) (mem. op.). Because there does not appear to have been an

agreement regarding costs, all costs related to this appeal will be taxed against appellant.  *See* TEX. R. APP. P. 42.1(d).

As this disposition is at the joint request of the parties, no motions for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice
